# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL KORDA, Derivatively on Behalf of ANGIE'S LIST, Inc., <br><br>Plaintiff, <br><br>vs. <br><br>WILLIAM S. OESTERLE, ANGELA R. HICKS BOWMAN, CHARLES HUNDT, ROBERT R. MILLARD, MANU THAPAR, MICHAEL D. RUTZ, JOHN W. BIDDINGER, MARK BRITTO, JOHN H. CHUANG, STEVEN M. KAPNER, KEITH J. KRACH, ROGER H. LEE, MICHAEL S. MAURER, and SUSAN THRONSON, <br><br>Defendants, <br><br>-and- <br><br>ANGIE'S LIST, INC., <br><br>Nominal Defendant. | 1:14-cv-00004-SEB-TAB |

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

Having considered Plaintiff's Motion for Voluntary Dismissal Without Prejudice, the Court hereby dismisses the above-captioned class action without prejudice with all parties bearing their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: 09/16/2015

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record by CM/ECF.